Glenn R. Bronson (USB #7362)
James C. Watson (USB #13395)
Brian G. Prince (*pro hac vice* forthcoming)
TRASKBRITT, P.C.
230 South 500 East, Suite 300
Salt Lake City, Utah  84102
Tel: (801) 532-1922
grbronson@traskbritt.com
jcwatson@traskbritt.com
bgprince@traskbritt.com

*Attorneys for Plaintiff*
*IPAP, LLC*
*DBA Aspen Dental of Cache Valley*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF UTAH

| | |
|---|---|
| **IPAP, LLC, DBA ASPEN DENTAL OF CACHE VALLEY**<br><br>        Plaintiff,<br><br>v.<br><br>**ASPEN DENTAL MANAGEMENT, INC.,**<br><br>        Defendant. | **COMPLAINT**<br><br>Case No.<br><br>**DEMAND FOR JURY TRIAL** |

Plaintiff IPAP, LLC, DBA Aspen Dental of Cache Valley (AD Cache Valley), by and through its undersigned counsel and pursuant to Fed. R. Civ. P. 7(a)(1), hereby submits this Complaint against Defendant Aspen Dental Management, Inc. (AD Management).

## THE PARTIES

1.     AD Cache Valley is a Utah limited liability company having a place of business at 170 E 1400 N, Logan, Utah 84341.

2.     On information and belief, AD Management is a Delaware corporation having a place of business at 281 Sanders Creek Parkway, East Syracuse, New York 13057.

**JURISDICTION AND VENUE**

3.     This is a civil action for unfair competition, trademark infringement arising under the common law and the Lanham Act, and in particular 15 U.S.C. § 1125, as well as deceptive trade practices under Utah law. Accordingly, this Court has subject matter jurisdiction over this action pursuant to at least 15 U.S.C. § 1121(a) and 28 U.S.C. §§ 1331, 1332, 1338(a) and (b), and 1367.

4.     This Court is empowered to exercise supplemental jurisdiction over claims under the common law of the State of Utah pursuant to 28 U.S.C. § 1338(b) and § 1367(a).

5.     This Court has personal jurisdiction over AD Management under Utah Code § 78B-3-205 because AD Cache Valley's claims arise from AD Management's transacting business in this state, contracting to supply services in this state, and causing injury to AD Cache Valley in this state.

6.     AD Management has contracted to supply services and is promoting services within the State of Utah, including within the Northern District. AD Management plans to open an office providing dental services, using the name and mark ASPEN DENTAL, at 4099 Riverdale Road, Riverdale, Utah 84405. A true and correct copy of a page from AD Management's website, advertising its planned Riverdale location, is attached hereto as Exhibit A.

7.      AD Management has advertised that it plans to expand and open another office in the Northern District, in Cache Valley, Utah. A true and correct copy of an advertisement from AD Management, promoting the upcoming opening of a Logan, Utah, location, is attached hereto as Exhibit B.

8.      AD Management has injured AD Cache Valley and committed acts of infringement and other misconduct, including by maintaining a website promoting AD Management's identical and highly similar services under the ASPEN DENTAL name and mark, which AD Cache Valley owns, to consumers in the Northern District of Utah. Further, AD Management has held itself out as AD Cache Valley and deliberately and willfully attempted to trade on the goodwill of AD Cache Valley, including by using AD Cache Valley's address and phone number when marketing the launch of an office in Logan, Utah. In addition, AD Management has injured AD Cache Valley, and manifested actual confusion and the inevitability of consumer confusion, by using AD Cache Valley's address and phone number when marketing the launch of an office in Logan, Utah.

9.      Venue is proper in the Northern District of Utah in accordance with 28 U.S.C. § 1391(b)(2) at least because a substantial part of the events and harm giving rise to AD Cache Valley's claims occurred in the Northern District of Utah.

## BACKGROUND

10.      AD Cache Valley has developed and maintains a reputation for providing high-quality dental and orthodontic services, as well as other related goods and services.

3

11.    For years prior to the August 1, 2006, first use date claimed by AD Management in its U.S. Trademark Registration No. 3304705, and since at least 1999, AD Cache Valley has used the mark ASPEN DENTAL continuously for the marketing, sale, and provision of its dental, orthodontic, and other dentistry-related products and services in United States interstate commerce. A true and correct copy of an excerpt from the Logan Business License Clerk, obtained November 8, 2012, and showing AD Cache Valley's business license from 1999, is attached hereto as Exhibit C.

12.    AD Cache Valley markets, sells, and provides dental, orthodontic, and other dentistry-related products and services using the ASPEN DENTAL name and mark at its location in Cache Valley, including to consumers in the Northern District of Utah.

13.    In addition to other marketing channels, AD Cache Valley markets its dental, orthodontic, and other dentistry-related products and services using the ASPEN DENTAL mark utilizing the Internet, including AD Cache Valley's website accessible at aspendds.com and via third-party websites. A true and correct copy of the "Contact Us" page from AD Cache Valley's website, showing representative use of the ASPEN DENTAL name and mark, is attached hereto as Exhibit D.

14.    In addition to other marketing channels, AD Cache Valley markets its dental, orthodontic, and other dentistry-related products and services using the ASPEN DENTAL mark on social media platforms.

15.    AD Cache Valley has invested substantial time, effort, and expense in extensive promotion throughout Cache Valley of the goods and services provided under its ASPEN

4

DENTAL mark. As a result, considerable goodwill has attached to the ASPEN DENTAL mark to AD Cache Valley's benefit.

16.     By virtue of AD Cache Valley's continuous use in commerce of its ASPEN DENTAL mark in connection with its dental, orthodontic, and other dentistry-related products and services, such products and services have become well and favorably known to the relevant trade and public, particularly in Cache Valley.

17.     The ASPEN DENTAL mark is representative of AD Cache Valley's reputation for producing and providing high quality products and services and symbolizes the goodwill of AD Cache Valley, which is invaluable.

18.     AD Cache Valley's ASPEN DENTAL mark is inherently distinctive as applied to AD Cache Valley's goods and services and is entitled to strong protection.

**AD MANAGEMENT'S INFRINGEMENT AND MISCONDUCT**

19.     On information and belief, AD Management markets, sells, and provides dental, orthodontic, and other dentistry-related products and services using the identical ASPEN DENTAL name and mark.

20.     Dental, orthodontic, and other dentistry-related products and services marketed, sold, and provided using the ASPEN DENTAL name and mark are marketed utilizing the Internet at least at aspendental.com, which upon information and belief is owned by AD Management.

21.     A true and correct copy of a page from the aspendental.com website, showing representative use of the ASPEN DENTAL name and mark to market and sell dental,

5

orthodontic, and other dentistry-related products and services in the Northern District of Utah is attached hereto as Exhibit A.

22.    AD Cache Valley has priority of use in the ASPEN DENTAL mark. AD Cache Valley has continuously used the ASPEN DENTAL mark to market, sell, and provide its dental, orthodontic, and other dentistry-related products and services in Cache Valley for years prior to the date on which AD Management began marketing, selling, and distributing its competing dental, orthodontic, and other dentistry-related products and services in the United States.

23.    On information available from U.S. Trademark Registration No. 3304705 for the

AspenDental

composite mark                , which lists on its face AD Management as its owner, and belief, AD Management first used the ASPEN DENTAL name and mark in connection with "cosmetic dentistry; dentistry" services on January 30, 2011.

24.    AD Management has been aware of AD Cache Valley since at least October 18, 2012. On October 18, 2012, counsel for AD Management sent to AD Cache Valley a demand letter alleging that AD Cache Valley's use of its ASPEN DENTAL name and mark infringed AD Management's rights in the same mark. A true and correct copy of the demand letter is attached hereto as Exhibit E.

25.    AD Management has admitted that AD Cache Valley's "rights in the area where it is doing business appear to be superior to [AD Management's] rights." A true and correct copy of correspondence from a representative of AD Management on November 13, 2012, in which the above quote appears, is attached hereto as Exhibit F.

6

26.     Though AD Management initially expressed interest "in purchasing [AD Cache Valley's] rights to the name," AD Management never completed such a purchase.

27.     AD Cache Valley's senior common law rights in the ASPEN DENTAL name and trademark are valid and subsisting, including in the Northern District of Utah, and are particularly strong in Cache Valley.

28.     AD Management plans to expand its offerings to the Northern District of Utah, including in Cache Valley. AD Management has advertised on its own website that a location in Riverdale, Utah, is "opening soon." A true and correct copy of a page from AD Management's website advertising the Riverdale, Utah, location is attached hereto as Exhibit G. AD Management has further advertised with a local news outlet in Cache Valley, including on its third-party website, that another location in Logan, Utah, is also "coming soon." A true and correct copy of a page from the third-party website advertising the Logan, Utah, location is attached hereto as Exhibit B.

29.     When advertising AD Management's planned Logan, Utah, location, the listed address and phone number, 170 E 1400 N, Logan, Utah 84341, 435-557-8802, are those of AD Cache Valley, not of AD Management. A true and correct copy of the Google Maps listing for AD Cache Valley, showing its address and phone number, and for comparison with the address and phone number held out in AD Management's advertisement in Exhibit B as being those of AD Management, is attached hereto as Exhibit H.

30.     Links to social media accounts held out by AD Management in the advertisement of Exhibit B as being owned and controlled by AD Management, including an instruction to

7

"Visit us at:" the linked accounts, resolve to social media accounts actually owned and controlled by AD Management.

31.     AD Management has misrepresented the origin of its services and commercial activities by representing that AD Cache Valley's address, phone number, and social media accounts belong to AD Management, as shown in Exhibit B.

32.     In the alternative, and should AD Management deny that the misrepresentations in AD Management's advertisement originate from a source other AD Management, the conflation of AD Cache Valley with AD Management when holding out the identified address, phone number, and social media accounts as those of AD Management demonstrates that confusion, mistake, and deception regarding the affiliation, connection, or association of AD Management with AD Cache Valley as to the origin, sponsorship, or approval of AD Management's goods, services, and commercial activities by AD Cache Valley is likely and has occurred.

33.     AD Management's plans to expand into markets where AD Management has admitted that AD Cache Valley has priority in the ASPEN DENTAL name and mark are knowing, willful, intentional, and malicious.

34.     The dental, orthodontic, and other dentistry-related products and services marketed, sold, and provided by AD Management using the ASPEN DENTAL mark are identical or closely related to the dental, orthodontic, and other dentistry-related products and services marketed, sold, and provided by AD Cache Valley using its ASPEN DENTAL mark.

35.     AD Management admitted that its services are identical to those of AD Cache Valley in its October 18, 2012, letter, as shown in Exhibit E.

8

36.     The channels of distribution for the dental, orthodontic, and other dentistry-related products and services marketed, sold, and provided by AD Management using the ASPEN DENTAL mark are identical or closely related to the channels of distribution for the dental, orthodontic, and other dentistry-related products and services marketed, sold, and provided by AD Cache Valley using its ASPEN DENTAL mark.

37.     AD Management's dental, orthodontic, and other dentistry-related products and services marketed, sold, and provided using the ASPEN DENTAL mark are, or would be, directed to the same customer segment of the consuming public as AD Cache Valley's dental, orthodontic, and other dentistry-related products and services marketed, sold, and provided using its ASPEN DENTAL mark.

38.     AD Management markets and offers provision of dental, orthodontic, and other dentistry-related products and services using the ASPEN DENTAL mark to consumers throughout the United States and in the Northern District of Utah, including on the Internet and using social media.

39.     AD Management's ASPEN DENTAL mark is identical or substantially similar to AD Cache Valley's ASPEN DENTAL mark in sound, appearance, connotation, and commercial impression.

40.     AD Management admitted that the APSEN DENTAL mark is identical to AD Cache Valley's ASPEN DENTAL mark in its October 18, 2012, letter, as shown in Exhibit E.

41.     AD Management's ASPEN DENTAL mark is identical in spelling, pronunciation, number of syllables, appearance, meaning, and commercial impression to AD Cache Valley's ASPEN DENTAL mark.

42.     AD Management's ASPEN DENTAL mark is confusingly similar to AD Cache Valley's ASPEN DENTAL mark.

43.     AD Management's use of the ASPEN DENTAL mark is likely to cause confusion, mistake, or deception as to the source of origin, sponsorship, or approval of AD Management's goods and services.

44.     AD Management's use of the ASPEN DENTAL mark has been the source of actual confusion, mistake, or deception as to the source of origin, sponsorship, or approval of AD Management's goods and services.

45.     Due to the confusingly similar nature of AD Cache Valley's ASPEN DENTAL mark and AD Management's ASPEN DENTAL mark and the similarity of the goods and services offered, sold, or otherwise provided under the respective marks, the relevant consuming public and the consuming public generally are likely to believe, and have been led to believe, that AD Management's goods and services are those of AD Cache Valley or are in some way connected with, licensed by, or otherwise approved by AD Cache Valley.

46.     Such confusion, mistake, and/or deception are likely to damage and injure the purchasing public and AD Cache Valley.

47.     AD Management's use of the ASPEN DENTAL mark is without the consent or approval of AD Cache Valley.

48.     AD Management has had actual notice of, and has explicitly acknowledged, AD Cache Valley's prior rights in the ASPEN DENTAL mark in the Northern District of Utah, and especially in Cache Valley, since at least November 13, 2012, as reflected in Exhibit F.

49.     AD Management's announced plans to use of the ASPEN DENTAL name and mark to market, sell, and provide its competing dental, orthodontic, and other dentistry-related products and services in the Northern District of Utah and in Cache Valley are knowing, willful, intentional, and malicious.

**FIRST CAUSE OF ACTION**
**INFRINGEMENT OF COMMON LAW TRADEMARKS**
**UNDER SECTION 43(A) OF THE LANHAM ACT, 15 U.S.C. § 1125(A)**

50.     AD Cache Valley repeats and incorporates by reference the allegations in Paragraphs 1 through 48, as set forth above, as though fully set forth herein.

51.     AD Management is marketing and has plans to sell and provide dental, orthodontic, and other dentistry-related products and services in the Northern District of Utah and in Cache Valley using the ASPEN DENTAL mark without the consent or authorization of AD Cache Valley.

52.     AD Management's ASPEN DENTAL mark is identical and confusingly similar to AD Cache Valley's prior ASPEN DENTAL mark.

53.     AD Management's use of the ASPEN DENTAL mark is likely to confuse or deceive, and has confused and deceived, consumers as to the affiliation, connection, or association of AD Management with AD Cache Valley, or cause mistake, and has caused

mistake, as to the origin, sponsorship, or approval of AD Management's dental, orthodontic, and other dentistry-related products and services by AD Cache Valley.

54.     AD Management's commercial advertising and promotion misrepresents the geographic origin of AD Management's goods and services as being those of AD Cache Valley.

55.     The goodwill of AD Cache Valley's prior ASPEN DENTAL mark is of substantial value, and AD Cache Valley is suffering, and will continue to suffer, irreparable harm should AD Management continue its unauthorized advertising or be permitted to open offices and begin selling and providing goods and services in the Northern District of Utah and in Cache Valley using the ASPEN DENTAL mark.

56.     AD Management's unauthorized use of the ASPEN DENTAL mark to market, and plans to sell and provide, dental, orthodontic, and other dentistry-related products and services is intended to, and will, divert to AD Management the benefit of the reputation and goodwill symbolized by AD Cache Valley's ASPEN DENTAL mark, which should rightfully and exclusively inure to the benefit of AD Cache Valley.

57.     AD Management's acts constitute infringement of AD Cache Valley's common law trademarks under 15 U.S.C. § 1125(a).

58.     AD Management's unauthorized and infringing acts set forth above constitute intentional and willful infringement of AD Cache Valley's rights in its common law trademark.

59.     Unless and until AD Management is enjoined by this Court, AD Management will continue to commit acts of trademark infringement, will continue to confuse the public, and will continue to cause irreparable harm to AD Cache Valley.

60.     AD Management's acts have been, are, and will continue to be knowing, deliberate, willful, intentional, and malicious in disregard of AD Cache Valley's rights, entitling AD Cache Valley to actual damages as well as reasonable attorneys' fees under 15 U.S.C. § 1117.

**SECOND CAUSE OF ACTION**
**FEDERAL UNFAIR COMPETITION AND FALSE ADVERTISING**
**UNDER SECTION 43(A) OF THE LANHAM ACT, 15 U.S.C. § 1125(A)**

61.     AD Cache Valley repeats and incorporates by reference the allegations in Paragraphs 1 through 59, as set forth above, as though fully set forth herein.

62.     AD Management's unauthorized sales of dental, orthodontic, and other dentistry-related products and services using the ASPEN DENTAL mark is likely to confuse or deceive, and has confused and deceived, consumers as to the affiliation, connection, or association of AD Management with AD Cache Valley, or cause mistake, and has caused mistake, as to the origin, sponsorship, or approval of AD Management's dental, orthodontic, and other dentistry-related products and services by AD Cache Valley.

63.     AD Management's commercial advertising and promotion misrepresents the geographic origin of AD Management's goods and services as being those of AD Cache Valley.

64.     AD Management's misconduct constitutes false advertising and unfair competition under 15 U.S.C. § 1125(a)(1).

65.     AD Cache Valley believes that AD Cache Valley has been and is likely to be damaged by AD Management's unauthorized marketing and promotion, and any sales and

provision, of dental, orthodontic, and other dentistry-related products and services using the

ASPEN DENTAL mark.

66.     AD Management's unauthorized and infringing acts set forth above have caused,

are causing, and will continue to cause irreparable harm to AD Cache Valley.

67.     Unless and until AD Management is enjoined by this Court, AD Management will

continue to commit acts of false advertisement and unfair competition, will continue to confuse

the public, and will continue to cause irreparable harm to AD Cache Valley.

68.     AD Management's acts have been, are, and will continue to be knowing,

deliberate, willful, intentional, and malicious in disregard of AD Cache Valley's rights, entitling

AD Cache Valley to actual damages as well as reasonable attorneys' fees under 15 U.S.C.

§ 1117.

**THIRD CAUSE OF ACTION**
**DECEPTIVE TRADE PRACTICES AND FALSE ADVERTISING**
**UNDER UTAH CONSUMER SALES PRACTICES ACT UTAH CODE 13-11-1 ET SEQ.**
**AND UTAH TRUTH IN ADVERTISING ACT UTAH CODE 13-11A-1 ET SEQ.**

69.     AD Cache Valley repeats and incorporates by reference the allegations in

Paragraphs 1 through 67, as set forth above, as though fully set forth herein.

70.     By its unauthorized and infringing acts, AD Management is engaging in unfair

and deceptive trade practices in violation of the Utah Consumer Sales Practices Act, Utah

Code 13-11-1 et seq. Among other misconduct, AD Management's actions have caused and are

causing confusion, likelihood of confusion, deception, and/or misunderstanding of consumers as

to the affiliation, connection, or association of AD Management with AD Cache Valley, or have

14

caused and are causing mistake as to the origin, sponsorship, or approval of AD Management's dental, orthodontic, and other dentistry-related products and services by AD Cache Valley.

71.     AD Management's commercial advertising and promotion misrepresents the geographic origin and location of AD Management's business as being that of AD Cache Valley.

72.     AD Management is further engaging in false advertising in violation of the Utah Truth in Advertising Act, Utah Code 13-11a-1 et seq. Among other misconduct, AD Management's actions has passed off and are passing of AD Management's goods and services as those of AD Cache Valley, have caused and are causing confusion, likelihood of confusion, deception, and/or misunderstanding of consumers as to the affiliation, connection, or association of AD Management with AD Cache Valley, or have caused and are causing mistake as to the origin, sponsorship, or approval of AD Management's dental, orthodontic, and other dentistry-related products and services by AD Cache Valley.

73.     AD Management's marketing and promotion, and any sales and provision, of dental, orthodontic, and other dentistry-related products and services using the ASPEN DENTAL mark has affected and continues to affect commerce, including commerce in Utah.

74.     AD Management's deceptive and unfair acts set forth above have caused, are causing, and will continue to cause irreparable harm to AD Cache Valley's business reputation and goodwill for which there is no adequate remedy at law.

75.     Unless and until AD Management is enjoined by this Court, AD Management will continue to commit acts of deceptive trade practices and false advertising, will continue to confuse the public, and will continue to cause irreparable harm to AD Cache Valley.

76.     AD Management's acts have been, are, and will continue to be knowing, deliberate, willful, intentional, and malicious in disregard of AD Cache Valley's rights, entitling AD Cache Valley to actual damages, corrective advertising, as well as reasonable attorneys' fees.

## JURY DEMAND

77.     Pursuant to Rule 38 of the Federal Rules of Civil Procedure, AD Cache Valley demands a trial by jury on all matters and issues triable by a jury.

## PRAYER FOR RELIEF

WHEREFORE, AD Cache Valley prays for judgment as follows on its Complaint:

A.     That AD Management's marketing, sales, and provision of dental, orthodontic, and other dentistry-related products and services (and all associated services) in all forms using the ASPEN DENTAL mark in the Northern District of Utah and in Cache Valley constitutes trademark infringement under 15 U.S.C. § 1125(a), false advertising under 15 U.S.C. § 1125(a), and deceptive trade practice under Utah law;

B.     That AD Management and its owners, parent companies, subsidiary companies, related companies, successors, assigns, officers, directors, agents, employees, attorneys, and all persons or entities in active concert, participation, or privity with the foregoing, be preliminarily and permanently enjoined from:

a.  Marketing, selling, or providing dental, orthodontic, and other dentistry-related products and services using the ASPEN DENTAL mark, including all phonetic equivalents, or any other names, marks, slogans, logos, designs, Internet domain names, or social media account names that are likely to cause confusion, mistake,

or deception with AD Cache Valley's ASPEN DENTAL mark, in the Northern

District of Utah and in Cache Valley;

b.   Otherwise acting to induce or render likely the inducement of a mistaken belief

that AD Management and/or its goods or services are in any way affiliated with,

connected to, associated with, or sponsored by AD Cache Valley or its goods or

services, and otherwise acting to cause confusion or render confusion likely with

respect to AD Cache Valley's ASPEN DENTAL mark;

c.   Trading on the goodwill associated with AD Cache Valley's ASPEN DENTAL

mark and passing off AD Management's goods or services as those of, authorized

by, or approved by AD Cache Valley;

d.   Injuring AD Cache Valley's business reputation or the goodwill associated with

AD Cache Valley's ASPEN DENTAL mark and from otherwise unfairly

competing with AD Cache Valley in any manner whatsoever;

e.   Marketing, selling, or distributing any goods or services under a name, mark,

brand, logo, design, symbol, Internet domain name, or social media account name

confusingly similar to AD Cache Valley's ASPEN DENTAL mark, including but

not limited to displaying promotional or marketing materials on outlets such as

websites, social media platforms, or other sources available over the Internet

targeting the Northern District of Utah and Cache Valley;

C.   That AD Management be ordered to deliver up for destruction all materials,

including but not limited to labels, signs, prints, packaging, wrappers, receptacles, brochures,

advertisements, literature, promotions, displays, catalogs, products (and all plates, molds, matrices, and other means of making the same), and all other matter in the custody or under the control of AD Management bearing or displaying the ASPEN DENTAL mark or any confusingly similar marks and targeting the Northern District of Utah and Cache Valley in accordance with 15 U.S.C. § 1118;

      D.     For any domain names and social media account names in its possession or under its control and incorporating the ASPEN DENTAL mark and targeting the Northern District of Utah and Cache Valley, that AD Management be ordered to transfer registrations for and ownership of the domains and social media accounts to AD Cache Valley or to terminate such registrations and ownership;

      E.     For any Internet resources not reproducing the ASPEN DENTAL mark in the domain name or in the account name, that AD Management be ordered to permanently remove from all Internet resources in its possession or under its control, including websites and social media accounts, all uses of the ASPEN DENTAL mark, including images of dental, orthodontic, and other dentistry-related products and services bearing the ASPEN DENTAL mark, targeting the Northern District of Utah and Cache Valley;

      F.     That AD Management be ordered to recall from all customers, vendors, sales persons, and authorized agents all materials, including but not limited to, product packaging, brochures, advertisements, promotions, digital files, products, and all other matter bearing and/or displaying the ASPEN DENTAL mark and targeting the Northern District of Utah and Cache Valley;

G. That AD Management be ordered to notify all customers, vendors, sales persons, and authorized agents of the Judgment in this case;

H. That AD Management be directed to provide a complete accounting to AD Cache Valley for any and all profits realized from the sale of products or services using the ASPEN DENTAL mark in the Northern District of Utah and in Cache Valley from the first date of use through the date of the Judgment;

I. That AD Management be ordered to pay for and distribute corrective advertising to mitigate the irreparable damage to AD Cache Valley's reputation and goodwill;

J. That AD Cache Valley be awarded its actual compensatory damages and AD Management's profits, in an amount to be determined at trial;

K. That the award of damages to AD Cache Valley be trebled in view of AD Management's knowing, deliberate, willful, intentional, and malicious infringement of AD Cache Valley's rights;

L. That AD Cache Valley be awarded punitive damages in view of AD Management's knowing, deliberate, willful, intentional, and malicious infringement of AD Cache Valley's rights, in an amount to be determined at trial;

M. That the Court Declare this to be an exceptional case and that AD Cache Valley be awarded all reasonable attorneys' fees, costs, and disbursements incurred by AD Cache Valley as a result of this action in accordance with 15 U.S.C. § 1117(a);

N. That AD Cache Valley be awarded all damages available under Utah law; and

O.      That AD Cache Valley be awarded any such other and further relief as this Court

deems just and proper.


DATED this 22nd day of December, 2023.


  /James C. Watson/
Glenn R. Bronson
James C. Watson
Brian G. Prince
TraskBritt, P.C.
230 South 500 East, Suite 300
Salt Lake City, Utah  84102
Tel. (801) 994-1922
GRBronson@traskbritt.com
JCWatson@traskbritt.com
BGPrince@traskbritt.com

*Attorneys for Plaintiff AD Cache Valley*

20

https://www.aspendental.com/search/?query=dentist+near+me&verticalUrl=locations.html                    December 12, 2023

 **Âspen**Dental ®

Find an office       🔍       **Schedule appointment**

DENTURES     DENTAL IMPLANTS     NEW TEETH STRAIGHTENERS     GENERAL DENTAL SERVICES     COSTS & AFFORDABILITY

DENTAL FINANCING & INSURANCE

dentist near me                    **EXHIBIT A**      ×     

ALL     LINKS     FAQS     **LOCATIONS**     SERVICES

clear search

**No results found** in Locations. Showing **all Locations** instead.

The following search categories yielded results for "dentist near me":

◼ **FAQS (7 results)** >

🔗 **Links (12400 results)** >

Alternatively, you can view results across all search categories.

① **Aspen Dental**                          *36.7 mi*
4099 Riverdale Rd
Riverdale, UT 84405
**(385) 405-7044**
Open Now · Closes at 6:00 PM

📞 CALL US
📅 SCHEDULE APPOINTMENT

② **Aspen Dental - Pocatello, ID**          *157.9 mi*
4165 Yellowstone
Ave Suite C
Pocatello, ID 83202
**(208) 986-5587**
Open Now · Closes at 5:30 PM

📞 CALL US
📅 SCHEDULE APPOINTMENT

③ **Aspen Dental - Twin Falls, ID**         *187.5 mi*
532 Pole Line Rd
Twin Falls, ID 83301
**(208) 986-4766**





**Murray, Utah, United States** (based on your internet address)

## Dentures

Types of Dentures

Compare Dentures

Replacement Dentures

Denture Repair & Reline

Full Dentures

Partial Dentures

Implant Dentures

Dentures Cost

About Dentures

Denture Testimonials

## Dental Implants

Dental Implant Types

Full Mouth Dental Implants

Dental Implants Cost

Affording Implants

Dental Implant Insurance

Implant Testimonials

Implants FAQ

## General Dental Services

Emergency Dental Care

Dental Checkups

Oral Health

Dental Veneers

New Teeth Straighteners

Are you a Motto candidate?

Teeth Whitening

Dental Crowns

Dental Bridges

Root Canal

Oral Surgery

Periodontal Disease Treatment

## Costs & Affordability

Aspen Dental Savings Plan

Dental Financing and Insurance

Affordable Dentures

Affording Implants

Dentures Cost

Dental Implants Cost

Dental Fillings Cost

Veneers Cost

Tooth Extraction Cost

Teeth Whitening Costs

## About

Office Locations

Careers

Blog

Newsroom

FAQs

What to Expect

Contact Us

Accessibility

Terms of Use

Privacy Policy

**Follow us**

 (800) 277-3633

Aspen Dental-branded dental practices are independently owned and operated by licensed dentists. For more information about the relationship between Aspen Dental Management, Inc. and the branded dental practices click  here .

EXHIBIT B



**EXHIBIT C**

## License Select

LOGAN

Cash Batch | Land | Contacts | License | Reports | Workflow | Business |

aspel Detail   Contacts   ▼   Filter  Clear ▽

**License Select**

Add | Refresh:

showing 1 - 15 of 15

| License Number | Business DBA | Physical Address City | Physical Address City | Business Mailing City | Phone | Last, First | Classification | Submit | Issue | Renewal | Expiration | SIC | NAICS | Outstanding Fees | Total License Fees | Days Delinquent | Last Payment | Status | Outstanding Business | Outstanding Inspections |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| OL-07-10465 | ASPEN DENTAL OF CACHE VALLEY | 1451 N 200 E STE 200 | LOGAN, UT 84341 | HYDE PARK, UT 84318 | (435) 753-4400 | ASPEN DENTAL OF CACHE VALLEY | | 01/18/2007 | 04/03/2007 | 12/17/2007 | 12/17/2007 | 8021 Offices and Clinics of Dentists | 621210 | 0.00 | | | | Renewed | | |
| OL-08-10465 | ASPEN DENTAL OF CACHE VALLEY | 1451 N 200 E STE 200 | LOGAN, UT 84341 | HYDE PARK, UT 84318 | (435) 753-4400 | ASPEN DENTAL OF CACHE VALLEY | Commercial Level I (<10,000 Sqft) | 12/17/2007 | 12/11/2008 | 12/11/2008 | 12/11/2008 | 8021 Offices and Clinics of Dentists | 621210 | 0.00 | | | | Renewed | | |
| OL-09-10465 | ASPEN DE VALLEY | 1451 N 200 E STE 200 | LOGAN, UT 84341 | HYDE PARK, UT 84318 | (435) 753-4400 | ASPEN DENTAL OF CACHE VALLEY | Commercial Level I (<10,000 Sqft) | 12/11/2008 | 01/05/2009 | 01/25/2010 | 12/31/2009 | 8021 Offices and Clinics of Dentists | 621210 | 0.00 | | | | Renewed | | |
| OL-10-10465 | ASPEN DE VALLEY | 1451 N 200 E STE 200 | LOGAN, UT 84341 | HYDE PARK, UT 84318 | (435) 753-4400 | ASPEN DENTAL OF CACHE VALLEY | Commercial Level I (<10,000 Sqft) | 12/04/2008 | 01/25/2010 | 12/16/2010 | 12/31/2010 | 8021 Offices and Clinics of Dentists | 621210 | 0.00 | | 01/25/2010 | | Renewed | | |
| OL-11-10465 | ASPEN DENTAL OF CACHE VALLEY | 1451 N 200 E STE 200 | LOGAN, UT 84341 | HYDE PARK, UT 84318 | (435) 753-4400 | ASPEN DENTAL OF CACHE VALLEY | Commercial Level I (<10,000 Sqft) | 12/16/2010 | 12/16/2010 | 12/28/2011 | 12/31/2011 | 8021 Offices and Clinics of Dentists | 621210 | 0.00 | | | 12/16/2010 | INACT | | |
| OL-12-10465 | ASPEN DENTAL OF CACHE VALLEY | 1451 N 200 E STE 200 | LOGAN, UT 84341 | HYDE PARK, UT 84318 | (435) 753-4400 | ASPEN DENTAL OF CACHE VALLEY | Commercial Level I (<10,000 Sqft) | 12/28/2011 | 12/28/2011 | | 12/31/2012 | 8021 Offices and Clinics of Dentists | 621210 | 100.00 | | 12/28/2011 | Active | 🗒 | 🗒 |
| | ASPEN DENTAL | 1451 N 200 E STE 200 | LOGAN, UT 84341 | HYDE PARK, UT 84318 | (435) 753-4400 | DENTAL | | | 09/24/1999 | 12/31/1999 | 12/31/1999 | 8021 Offices and Clinics of Dentists | 621210 | 0.00 | | | | Renewed | | |
| | ASPEN DENTAL | 1451 N 200 E STE 200 | LOGAN, UT 84341 | HYDE PARK, UT 84318 | (435) 753-4400 | DENTAL | | | 02/01/2000 | 02/01/2000 | 12/31/1999 | 8021 Offices and Clinics of Dentists | 0.00 | | | | Renewed | | |
| OL-01-09871 | ASPEN DENTAL | 1451 N 200 E STE 200 | LOGAN, UT 84341 | HYDE PARK, UT 84318 | (435) 753-4400 | ASPEN DENTAL | | 01/04/2001 | 01/04/2001 | 01/04/2001 | 12/31/2001 | | | 0.00 | | | | Inactive | | |
| OL-02-09871 | ASPEN DENTAL | 1451 N 200 E STE 200 | LOGAN, UT 84341 | HYDE PARK, UT 84318 | (435) 753-4400 | O. LYMAN PRESIDENT | MTE - PAST | 11/09/2001 | 11/09/2001 | 02/07/2002 | 12/31/2002 | | | 0.00 | | | | Renewed | | |
| OL-03-09871 | ASPEN DENTAL | 1451 N 200 E STE 200 | LOGAN, UT 84341 | HYDE PARK, UT 84318 | (435) 753-4400 | MATTHEW O. LYMAN PRESIDENT | MTE - PAST | 02/07/2002 | 02/06/2002 | 02/14/2002 | 12/31/2002 | | | 0.00 | | | | Renewed | | |
| OL-04-09871 | ASPEN DENTAL | 1451 N 200 E STE 200 | LOGAN, UT 84341 | HYDE PARK, UT 84318 | (435) 753-4400 | MATTHEW O. LYMAN PRESIDENT | MTE - PAST | 01/14/2003 | 01/15/2003 | 01/14/2003 | 12/31/2003 | | | 0.00 | | | | Renewed | | |
| OL-05-09871 | ASPEN DENTAL | 1451 N 200 E STE 200 | LOGAN, UT 84341 | HYDE PARK, UT 84318 | (435) 753-4400 | MATTHEW O. LYMAN PRESIDENT | MTE - PAST | 01/14/2004 | 01/15/2004 | 12/30/2004 | 12/31/2004 | | | 0.00 | | | | Renewed | | |
| OL-06-09871 | ASPEN DENTAL | 1451 N 200 E STE 200 | LOGAN, UT 84341 | HYDE PARK, UT 84318 | (435) 753-4400 | MATTHEW O. LYMAN PRESIDENT | MTE - PAST | 12/08/2004 | 12/09/2004 | 12/30/2005 | 12/31/2005 | | | 0.00 | | | | Renewed | | |
| | ASPEN DENTAL | 1451 N 200 E STE 200 | LOGAN, UT 84341 | HYDE PARK, UT 84318 | (435) 753-4400 | MATTHEW O. LYMAN PRESIDENT | MTE - PAST | 12/28/2011 | 12/21/2005 | | 12/31/2006 | | | 0.00 | | | | Inactive | | |

Add: Refresh:

showing 1 - 15 of 15

Check All - Clear All

http://immo/comdev/secure/Controller?action=licenseSelect&forceFilter=Yes

System Functions — Jump To...
Community Development

Innoprise Softw

View: All
showing 1 - 15...

*Handwritten annotation:* Provided By: Joyce Creech, Business License Clerk, Logan City, Utah 84321 on November 8, 2012

11/8/2012

*Signature:* Joyce Creech

https://aspendds.com/contact-us/     December 12, 2023



EXHIBIT
D



**CLICK TO TEXT**
OUR FRONT DESK TEAM

**CALL US TODAY**
**435-753-4400**

SERVICES   SHOWCASE   PATIENT INFO   ABOUT US   BLOG   CONTACT US   🔍



Dentist Logan UT » Contact, Location and Hours

# CONTACT, LOCATION AND HOURS

## ASPEN DENTAL OF CACHE VALLEY

**Address:**

170 E 1400N

Logan, UT 84341

**Phone:** 435-753-4400

**Hours:**

**Mon:** 7:00am - 5:00pm

**Tue:** 7:00am - 5:00pm

**Wed:** 7:00am - 5:00pm

**Thu:** 7:00am - 5:00pm

**Fri:** 7:00am - 4:00pm

## DIRECTIONS



## NEW PATIENT OFFER

Free Initial Cosmetic Dentistry Consultation

($100 value)

Call 435-753-4400 today to schedule.

## Contact Us

Name:

Email:

Phone:

Message:

**SEND NOW**

## Our Location

**Aspen Dental of Cache Valley**
170 E 1400N
Logan, UT 84341
Call: 435-753-4400

## Schedule My Appointment

Write A Review



QUESTIONS? WANT TO SCHEDULE? CONTACT US BELOW!

**Click to Text**
Our Front Desk Team

435-753-4400

Aspen Dental of Cache Valley
170 E 1400N
Logan, UT 84341

SEND NOW

Dr. Cameron, Dr. Wegener, and their team at Aspen Dental of Cache Valley in Logan, Utah, provide exceptional dental care while building strong relationships with each patient. They offer cosmetic dentistry, dental implants, orthodontics, family dentistry and so much more. They serve patients in Cache Valley including the cities of Logan, North Logan, Hyde Park, Smithfield, Hyrum, Nibley, and Wellsville, UT and zip codes 84318, 84319, 84321, 84332, 84335 and 84341.

## Our Practice
Home

## Patient Forms and Finances
Patient Forms

## Services
Cosmetic Dentistry

Dental Crowns

## Showcase
Smile Gallery

Patient Reviews

Meet Dr. Cameron

Meet Dr. Wegener

Meet Dr. Derek Rickson

Privacy Policy

Accessibility

Contact Us

Request My
Appointment

Make a Payment

Financing and Insurance

Schedule My
Appointment

Dental Implants

Dental Veneers

Dentures

Emergency Dentistry

Family Dentistry

Orthodontics

Restorative Dentistry

Root Canals

Sedation Dentistry

Teeth Whitening

Wisdom Teeth
Extractions

Aspen Dental of Cache Valley © 2023 | Propelled by DentalCMO ⌗ | Internet Marketing by ProspectaMarketing

EXHIBIT
E



October 18, 2012

**via OVERNIGHT DELIVERY**

ASPEN DENTAL OF CACHE VALLEY
1451 North 200 East – Suite 200
Logan, Utah 84341

ATTN: Paul Mackley, DDS

RE:    *Unauthorized Use of ASPEN DENTAL Service Mark*

Dear Dr. Mackley:

I am an attorney with Aspen Dental Management, Inc. ('ADMI'). As you may be aware, ADMI provides support services to over 340 dental practices under the ASPENDENTAL brand name in 22 states, and is rapidly expanding its reach throughout the country.  To support these dental practices, ADMI has national advertising campaigns, some of which undoubtedly reach the Logan, Utah market.

ADMI owns numerous United States trademark registrations for the mark ASPENDENTAL and variants thereof, as listed on the accompanying table (collectively, the "ASPENDENTAL family of marks").  Through its strict quality control standards, ADMI has developed immeasurable goodwill in its ASPENDENTAL family of marks.

ADMI has recently become aware that your dental practice is operating under the name "Aspen Dental of Cache Valley." In view of the identity of the marks and services, your practice's use of a mark similar to the ASPEN DENTAL mark is likely to cause consumer confusion, mistake, or deception, or to lead to a belief that your practice is affiliated with or sponsored by ADMI.  In addition, your use of the similar mark in connection with your practice may lead to the dilution of the goodwill associated with ADMI's valuable ASPENDENTAL family of marks.  For your information, each of these consequences are prohibited under the Lanham Act, 15 U.S.C. § 1051, et seq., as well as miscellaneous state laws and the common law of unfair competition.  Accordingly, we hereby demand that you immediately cease and desist from further use of the term "Aspen Dental of Cache Valley" or similar variations in connection with your dental services.

As these types of matters are preferably resolved as expeditiously as possible, we require that you confirm to us that, no later than November 30, 2012, you will immediately cease and desist from all further use of "Aspen Dental of Cache Valley" as a service mark or any other similar names or marks incorporating the word "Aspen" in connection with your dentistry services.

Aspen Dental Management, Inc.
281 Sanders Creek Parkway, East Syracuse, NY 13057   p 315 454 6000   f 315 454 4528                          www.aspendent.com



ASPEN DENTAL OF CACHE VALLEY
October 18, 2012
Page 2 of 3

You may sign and return a copy of this letter in the space provided below to evidence your assent.  In the meantime, should you have any questions please do not hesitate to contact me by email or telephone.

Very truly yours,

Steven C. Judge
sjudge@aspendental.com

Agreed to this _____ day of _____, 2012:

_____



ASPEN DENTAL OF CACHE VALLEY
October 18, 2012
Page 3 of 3

**ADMI's Federal Trademark Registrations for ASPENDENTAL Family of Marks**

| U.S. Trademark Registration Number | Mark |
| --- | --- |
| 4048804 | ASPENDENTAL PRACTICE MADE PERFECT |
| 4043276 | ASPENDENTAL IT'S TIME TO SMILE. |
| 3295706 | ASPENDENTAL MORE REASONS TO SMILE. |
| 3304705 | ASPENDENTAL |
| 3228902 | ASPENDENTAL MORE REASONS TO SMILE |
| 3228876 | ASPENDENTAL GET YOUR SMILE BACK |
| 3920846 | ASPENDENTAL SMILESAVER |
| 3887722 | ASPENDENTAL SMILE SQUAD |
| 3805810 | ASPENDENTAL RETHINK YOUR DENTAL CAREER |
| 3805809 | ASPENDENTAL RETHINK DENTISTRY |
| 3706440 | ASPENDENTAL WHEN I SEE YOU SMILE. |
| 3513271 | ASPENDENTAL LET US HELP YOU FIND YOUR SMILE. |
| 3415112 | ASPENDENTAL ADVANTAGE |
| 2864022 | ASPENDENTAL |



Intermountain
Dental
Associates

**Teresa Thomas< teresa@teamida.com>**

## Letter to Aspen Dental of Cache Valley regarding use of service mark

**Carter Mackley**< carter.mackley@mackleylaw.com>                    Tue, Nov 13, 2012 at 2:02 PM
To: "Judge, Steven" <sjudge@aspendental.com>
Cc: Teresa Thomas <teresa@teamida.com>

I'm sure they would be willing to discussion it, and I will forward your request to them.  I note however,
there are several practices in Utah, not related to Aspen Dental of Cache Valley, that use the name Aspen.
See  https://secure.utah.gov/bes/action/index.  Does that affect your enthusiasm for purchasing the rights?


Best regards,


Carter



**Carter Mackley** | Mackley & Mackley, PLLC|(206) 249-9678|carter.mackley@mackleylaw.com

Check out our new website www.startuplawtalk.com for legal info and workshops for startups.



**From:** Judge, Steven [mailto:sjudge@aspendental.com]
**Sent:** Tuesday, November 13, 2012 12:58 PM
**To:** Carter Mackley
**Subject:** RE: Letter to Aspen Dental of Cache Valley regarding use of service mark


Thanks for the information Carter. Your client's rights in the area where it is doing business appear to be
superior to ADMI's rights. Note that our review of publicly available information did not reveal that your
client's first use was prior to ADMI's registration, so the information you provided is quite helpful.


Given our current expansion plans, we would be interested in discussing purchasing your client's rights to
the name. Note that we have no immediate plans to enter Utah, but it may be something that we entertain
in the next 3-5 years. Meantime, if your client has any interest in selling the name and rebranding, please
let me know.


Thank you.

EXHIBIT

F

Steve

---

**Steven C. Judge**

**Corporate Counsel**

Aspen Dental Management, Inc.

281 Sanders Creek Parkway | East Syracuse, NY 13057

Office: 315.454.6000 x1320 | Mobile: 315.415.7815

www.aspendental.com | sjudge@aspendental.com

---

**From:** Carter Mackley [mailto:carter.mackley@mackleylaw.com]
**Sent:** Tuesday, November 13, 2012 3:50 PM
**To:** Judge, Steven
**Cc:** Teresa Thomas
**Subject:** Letter to Aspen Dental of Cache Valley regarding use of service mark

[Quoted text hidden]



## Dental services



Emergency

Dentures

Dental implants

Motto clear aligners

Dental services

Cosmetic dentistry

Teeth whitening

Veneers

## Dentists near you





New patient agenda

Insurance & financing

Pricing

Offers

General dental services

This office provides the full range of dental and denture services, including:

**Denture services**
Dentures
Denture replacement
Denture repairs

**General dentistry**
Dental checkups
Oral surgery
Dental fillings
Treatment of gum disease
Tooth extractions

**Cosmetic dentistry**
Veneers
Teeth whitening
Dental crowns
Motto™ clear aligners

**Speciality dental services**
Advanced screening for oral cancer
Dental bridges
Implants

**Emergency dental services**
Cracked tooth
Dental repair
Lost crown and filling repair
Lost or loose fillings
Root canal therapy
Swollen jaw relief
Sore gum relief
Toothache relief

Have an emergency? Please call (800) 277-3633

Motto™ clear aligners in Riverdale, UT

Emergency dental care in Riverdale, UT

Dentures in Riverdale, UT

Implants in Riverdale, UT

### Aspen Dental services in Riverdale, UT

Seeking top-tier dental care in Riverdale, UT?

Count on Aspen Dental's skilled team for all your oral health needs, from dental checkups to advanced procedures like dentures and implants.

### The Best dentists in Riverdale, UT

Discover the finest dentists near you at Aspen Dental, where exceptional care meets affordability. We're your trusted choice in the Riverdale, UT area including Riverdale, UT; Washington Terrace, UT; South Ogden, UT; Roy, UT. Our transparent pricing and Peace of Mind Promise® ensure you'll always know what to expect. Choose Aspen Dental for top-quality, accessible dental services.

### Riverdale, UT

...Less



TOP

Home  >  Dentist Directory  >  UT  >  Riverdale  >  4099 Riverdale Rd

**Dentures**
Types of Dentures
Compare Dentures
Replacement Dentures
Denture Repair & Reline
Full Dentures
Partial Dentures
Implant Dentures
Dentures Cost
About Dentures
Denture Testimonials

**Dental Implants**
Dental Implant Types
Full Mouth Dental Implants
Dental Implants Cost
Affording Implants
Dental Implant Insurance
Implant Testimonials
Implants FAQ

**General Dental Services**
Emergency Dental Care
Dental Checkups
Oral Health
Dental Veneers
New Teeth Straighteners
Are you a Motto candidate?
Teeth Whitening
Dental Crowns
Dental Bridges
Root Canal
Oral Surgery
Periodontal Disease Treatment

**Costs & Affordability**
Aspen Dental Savings Plan
Dental Financing and Insurance
Affordable Dentures
Affording Implants
Dentures Cost
Dental Implants Cost
Dental Fillings Cost
Veneers Cost
Tooth Extraction Cost
Teeth Whitening Costs

**About**
Office Locations
Careers
Blog
Newsroom
FAQs
What to Expect
Contact Us
Accessibility
Terms of Use
Privacy Policy

Follow us

(800) 277-3633

Aspen Dental-branded dental practices are independently owned and operated by licensed dentists.
For more information about the relationship between Aspen Dental Management, Inc. and the branded dental practices click here .



