Glenn R. Bronson (USB #7362)
James C. Watson (USB #13395)
Brian G. Prince (*pro hac vice* forthcoming)
TRASKBRITT, P.C.
230 South 500 East, Suite 300
Salt Lake City, Utah  84102
Tel: (801) 532-1922
grbronson@traskbritt.com
jcwatson@traskbritt.com
bgprince@traskbritt.com

*Attorneys for Plaintiff*
*IPAP, LLC*
*DBA Aspen Dental of Cache Valley*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF UTAH**

| | |
|---|---|
| **IPAP, LLC, DBA ASPEN DENTAL OF CACHE VALLEY**<br><br>Plaintiff,<br><br>v.<br><br>**ASPEN DENTAL MANAGEMENT, INC.,**<br><br>Defendant. | **Rule 7 Corporate Disclosure Statement**<br><br>Case No.<br><br>**DEMAND FOR JURY TRIAL** |

This Corporate Disclosure Statement is filed on behalf of Plaintiff IPAP, LLC, DBA Aspen Dental of Cache Valley (AD Cache Valley), in compliance with the provisions of Fed. R. Civ. P. 7.1.

**The filing party hereby declares as follows:**

AD Cache Valley is a privately held corporation, and no parent corporation or publicly held corporation owns 10% or more of its stock.

**A supplemental disclosure statement will be filed upon any change in the information provided herein.**

DATED this 22nd day of December, 2023.

    /James C. Watson/
Glenn R. Bronson
James C. Watson
Brian G. Prince
TraskBritt, P.C.
230 South 500 East, Suite 300
Salt Lake City, Utah  84102
Tel. (801) 994-1922
GRBronson@traskbritt.com
JCWatson@traskbritt.com
BGPrince@traskbritt.com

*Attorneys for Plaintiff AD Cache Valley*